UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELI VERSCHLEISER,

                Plaintiff,

    - against -

JACOB FRYDMAN, ET AL.,

                Defendants.

22-cv-7909 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Several defendants in this action have not yet been served, and the time to serve has long since elapsed. Certain of those defendants raise the plaintiff's failure to effectuate timely service in their motions to dismiss, and the Court will consider that argument, along with the plaintiff's response to it, in due course. However, the remaining unserved defendant, Lanny Davis, has not yet appeared to contest the allegations against him or to raise the defect in service, and it is possible that he is not aware of the action. Accordingly, the time for the plaintiff to serve Mr. Davis is extended to **February 27, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the claims against Mr. Davis will be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
            January 27, 2023

                                          John G. Koeltl
                                    United States District Judge