UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
ELI VERSCHLEISER,

                     Plaintiff,

        22-cv-7909 (JGK)

      - against -

        ORDER

JACOB FRYDMAN, ET AL.,

                     Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The summons and complaint in this action were served on defendant Andrew Hayes on October 21, 2022 (ECF No. 35); on defendant United Realty Partners LLC on October 20, 2022 (ECF No. 33); on defendant United Realty Advisors, LP on January 6, 2023 (ECF No. 64); and on defendant United Realty Trust Inc. on January 9, 2023 (ECF No. 66). With respect to each of these defendants, the deadline to answer or otherwise respond to the complaint pursuant to Federal Rule of Civil Procedure 12(a) has long since elapsed. All other named defendants in this action have moved to dismiss the complaint.

    The time for defendants Andrew Hayes, United Realty Partners LLC, United Realty Advisors, LP, and United Realty Trust Inc. to answer or respond to the complaint is extended to **March 13, 2023.** Failure to respond to the complaint by that date could result in a default judgment being entered against the defendants.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff. The plaintiff should send copies of this Order to the four defendants listed in the preceding paragraph and should file proof of such service on the docket by **March 1, 2023**.

**SO ORDERED.**

Dated:   New York, New York
         February 13, 2023

                                         _____
                                         John G. Koeltl
                                         **United States District Judge**