```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**ELI VERSCHLEISER,**

                       **Plaintiff,**

       **- against –**

**JACOB FRYDMAN, ET AL.,**

                       **Defendants.**

                                         **22-cv-7909 (JGK)**

                                         <u>**ORDER**</u>

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Court is in receipt of the plaintiff's request for an extension of time until March 20, 2023, to respond to the defendants' motions to dismiss (ECF No. 92). The plaintiff's request is **granted** to the extent that the request concerns the motions to dismiss filed by defendant Jacob Frydman and others (ECF No. 55), the Levick Defendants (ECF No. 73), and defendant Daniel Edelman (ECF No. 69). The plaintiff's response to each of these motions is due on **March 20, 2023**. Replies are due on **April 19, 2023.** Because the anticipated motion to dismiss by defendant Lanny Davis is not due until **March 13, 2023** (ECF No. 87), the defendant's response to Mr. Davis's motion is due on **April 3, 2023,** and the reply is due on **April 19, 2023.** The Court will not entertain any further requests for extensions of time with regard to these four motions absent a showing of good cause.

**SO ORDERED.**

**Dated:    New York, New York**
              **March 7, 2023**

                                         _/s/ John G. Koeltl_
                                             **John G. Koeltl**
                                   **United States District Judge**