UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELI VERSCHLEISER,

               Plaintiff,

    - against -

JACOB FRYDMAN, ET AL.,

               Defendants.

22-cv-7909 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On March 13, 2023, defendant Andrew Hayes filed a motion to dismiss. Because Mr. Hayes filed his motion on the same day that Mr. Davis's motion to dismiss was due, the schedule previously established for briefing on Mr. Davis's motion will also apply to Mr. Hayes's motion. See ECF No. 95.

Accordingly, the plaintiff's response to Mr. Hayes's motion to dismiss is due on **April 3, 2023**. The reply is due on **April 19, 2023**.

SO ORDERED.

Dated:    New York, New York
           March 14, 2023

                                          John G. Koeltl
                                  United States District Judge