```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ELI VERSCHLEISER,

                Plaintiff,

    - against -

JACOB FRYDMAN, ET AL.,

                Defendants.

22-cv-7909 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The motions to dismiss filed by (1) Jacob Frydman and others, (2) the Levick Defendants, (3) Daniel Edelman, and (4) Lanny Davis are now fully briefed. Each set of defendants is directed to provide the Court with paper courtesy copies of all papers filed in connection with their respective fully briefed motions to dismiss, if they have not done so already.

    Defendant Andrew Hayes's reply in support of his own motion to dismiss was due on **April 19, 2023**. The time for Mr. Hayes to file a reply is **extended** to **April 24, 2023**. If Mr. Hayes does not file a reply by that date, Mr. Hayes's motion to dismiss will be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
            April 20, 2023

                                    John G. Koeltl
                             **United States District Judge**