UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELI VERSCHLEISER,

                Plaintiff,

    - against -

JACOB FRYDMAN, ET AL.,

                Defendants.

22-cv-7909 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court is in receipt of defendant Andrew Hayes's reply in support of his motion to dismiss. ECF No. 118. Mr. Hayes is directed to provide the Court with paper courtesy copies of all papers filed in connection with his fully briefed motion to dismiss.

SO ORDERED.

Dated:    New York, New York
            April 25, 2023

                                          John G. Koeltl
                                United States District Judge