**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ELI VERSCHLEISER,

                Plaintiff,

     -against-                                    22 **CIVIL** 7909 (JGK)

                                           **JUDGMENT**

JACOB FRYDMAN, ET AL.,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 7, 2023, all of the Defendants' motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6), and, where applicable, Rule 9(b), are GRANTED. Likewise, the Rule 12(b)(2) motions to dismiss for lack of personal jurisdiction as to Davis and the Levick Defendants are GRANTED. The plaintiff's request for leave to amend the complaint is DENIED, and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 08, 2023

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                   **BY:**

                                                                  **Deputy Clerk**